UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NORMAN MOSS,

Plaintiff,

v.

Case No. 26-cv-1260-pp

MARRIOTT WESTIN MILWAUKEE
and DANIELLE VECHEY,

Defendants.

---

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYING FILING FEE (DKT. NO. 2) AND ALLOWING PLAINTIFF TO FILE AN UPDATED MOTION**

---

On July 20, 2026, plaintiff Norman Moss, who is representing himself, filed a complaint alleging an employment-based discrimination claim. Dkt. No. 1. He also filed a motion for leave to proceed without prepaying the filing fee. Dkt. No. 2. The court will deny the motion.

## I. Motion to Proceed Without Prepaying the Filing Fee (Dkt. No. 2)

An indigent federal plaintiff "may commence a civil action without prepaying fees or paying certain expenses." Coleman v. Tollefson, 575 U.S. 532, 534 (2015). To qualify to proceed without prepaying the filing fee, a plaintiff must fully disclose his financial condition, and must do so truthfully under penalty of perjury. See 28 U.S.C. §1915(a)(1) (requiring the person seeking to proceed without prepayment to submit "an affidavit that includes a statement of all assets [they] possess[]").

The plaintiff states that he is employed and that he has $1,000 in monthly income. Dkt. No. 2 at 1-2. He is married and his spouse makes $3,000 a month. Id. at 2. He pays $1,900 in rent each month and has $500 in monthly expenses for alimony or court-ordered child support ($300) and household expenses ($200). Id. at 2-3. Though the plaintiff says he does not own a car, he says that he pays $500 a month for car insurance. Id. at 3. He pays $745 a month to support his three dependent children, though they range in age from eighteen to twenty-two. Id. at 1. The plaintiff states that he has no cash or other assets. Id. at 4.

The information the plaintiff has provided is confusing. The plaintiff and his spouse have a combined monthly income of $4,000, or $48,000 annually. But in the "Other Circumstances" section, he wrote "temp unemployed loss of job." Id. at 4. The court does not know what that means—is the $1,000/month the plaintiff reports income from the job he "temporarily" lost? What does he mean by "temporary"? The court observes that the plaintiff lists his employer as "Marriott/Westin"—the same company he has sued in this lawsuit. That may have some relationship to his "temporary" loss of his job, but the court doesn't know.

The plaintiff reports monthly expenses of $3,645, leaving $355 in disposable income. But it is unclear why the plaintiff is paying $500 a month in car insurance when he reports that he does not own a car.[1] The plaintiff lists

[1] The court will not assume that the plaintiff's spouse owns the car. The court-approved form for requesting leave to proceed without prepaying the filing fee

$745 that he is paying to support his children. He says under the "Other Circumstances" section, "child support." Perhaps the plaintiff means to say that he is under a court-ordered obligation to pay that $745 per month for the support of his adult children, but the court can't tell for sure.

Based on the confusing information in this motion, the court cannot conclude that the plaintiff cannot pay the filing fee. The court will deny the plaintiff's motion to proceed without prepaying the filing fee, but it will deny the motion "without prejudice," which means that he can file another motion, with more detailed information and explanations, by the date the court sets below. If the plaintiff does not file an updated report by the date the court sets below, the plaintiff will be required to pay the full filing fee before he can proceed with this lawsuit.

## II. Conclusion

The court **DENIES WITHOUT PREJUDICE** the plaintiff's motion for leave to proceed without prepaying the filing fee. Dkt. No. 2.

The court **ORDERS** that if the plaintiff wishes to file an updated, more detailed motion to proceed without prepaying the filing fee, he must file that motion by the end of the day on **December 11, 2026**.

If the plaintiff does not file an updated, more detailed motion to proceed without prepaying the filing fee by the December 11, 2026 deadline, he must pay the full $405 filing fee by the end of the day on **January 8, 2027**. In that

---

requires the movant to include his/her spouse's property. See Dkt. No. 2 at 3 (Section IV.).

circumstance, if the court does not receive the full filing fee by the end of the day on **January 8, 2027**, the court will dismiss the case without prejudice on the following business day without further notice or hearing.

Dated in Milwaukee, Wisconsin this 17th day of November, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**